# FILED

08/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0272

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-272

| | |
|---|---|
| COREY ALAN RUBIN and DON HAUTH,<br><br>Plaintiffs/Appellees,<br><br>-vs-<br><br>BRENT E. HUGHES and GRACE HUGHES, husband and wife,<br><br>Defendants/Appellants. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Appellants Brent E. Hughes and Grace Hughes having filed an Unopposed Motion for Extension of Time to File Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that Appellants' Opening Brief shall be filed on or before September 29, 2021.

DATED this _____ day of August, 2021.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 18 2021